**IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA**

UNITED STATES,

v.

BRADLEY C. HOPPY,

    Defendant/Petitioner.

NO. 3:10-CR-09

(JUDGE CAPUTO)

### **ORDER**

**NOW**, this 29th day of March, 2018, **IT IS HEREBY ORDERED** that:

(1) The Motion under 28 U.S.C. § 2255 to Vacate, Set Aside, or Correct Sentence (Doc. 53) filed by Bradley Hoppy is **DENIED**.

(2) A Certificate of Appealability **SHALL NOT ISSUE**.

(3) The Clerk of Court is directed to mark the case as **CLOSED**.

                                              /s/ A. Richard Caputo
                                              A. Richard Caputo
                                              United States District Judge